

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024

40 Broad Street
New York, NY 10004
Telephone: (212) 943-9080

October 18, 2024

**Adrianna R. Grancio**
Partner
agrancio@vandallp.com

**VIA ELECTRONIC CASE FILING**

Hon. Margret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  ***Trustees of the Fulton Fish Market Pension Fund et al. v.***
***Joe Monani Fish Company, Inc.,*** **24 CV 5724(MMG)**

Dear Judge Garnett:

This firm represents Plaintiffs in the above-referenced matter.  Plaintiffs submit this letter to respectfully request an adjournment of the show cause hearing scheduled for October 23, 2024 at 11 a.m.

Counsel for Plaintiffs is tentatively scheduled to undergo a medical procedure on or around October 22, 2024. Due to time-sensitive factors, the exact timing of the procedure will only be confirmed 36 hours in advance. If the Court requires, counsel for Plaintiffs can provide more specific details through a sealed filing. Accordingly, Plaintiffs respectfully request an adjournment of the show cause hearing currently scheduled for October 23, 2024, at 11 a.m. This is Plaintiffs' first request for an adjournment of the show cause hearing. Defendant's consent has not been obtained as Defendant has not appeared in this action. Plaintiffs propose the following alternative dates: November 5, 2024; November 12, 2024; or November 14, 2024. No other deadlines will be affected if this request is granted.

Plaintiffs thank the Court for its time and attention to this matter.

Respectfully submitted,

_____/s/_____

Adrianna R. Grancio

cc: Joe Monani Fish Company, Inc. (*via first class mail and electronic mail*)

Request GRANTED.  The show cause hearing that is scheduled for October 23, 2024, at 11:00 a.m. is CANCELLED.  The deadline for Defendant to oppose the motion for default judgment is extended to **October 30, 2024.**  If Defendant does not oppose the motion or appear by October 30, the Court will consider the motion.

Plaintiffs are directed to serve a copy of this Order on Defendant by first-class mail and/or by in-person service **within two business days from the date of this Order**, and to file proof of such service **within three business days of the date of this Order.**  The Clerk of Court is directed to terminate Dkt. No. 20.


SO ORDERED.  Date 10/21/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE