```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE FULTON FISH MARKET PENSION FUND and TRUSTEES OF THE FULTON FISH MARKET WELFARE FUND,

               Plaintiffs,

-against-

JOE MONANI FISH COMPANY, INC.,

               Defendant.

24-CV-05724 (MMG)

**DEFAULT JUDGMENT**

MARGARET M. GARNETT, United States District Judge:

    The Complaint in this action having been duly served on Defendant JOE MONANI FISH COMPANY, INC., and said Defendant having failed to appear by counsel in this matter, and the Court having ordered Plaintiffs to file their Motion for Default Judgment as to JOE MONANI FISH COMPANY, INC., and upon the annexed declaration of Adrianna R. Grancio, Esq., and the exhibits annexed thereto, and all pleadings and papers in this action;

    NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

    ORDERED, ADJUDICATED, and DECREED that Plaintiffs have judgment against JOE MONANI FISH COMPANY, INC., with its last known principal place of business at 800 Food Center Drive, Bronx, New York 10474, in the total amount of $261,336.81 as follows:

1. Awarding Plaintiffs $46,871.72 with respect to the Audit, consisting of: (1) contributions of $20,700.84; (2) interest thereon of $9,451.69; (3) liquidated damages of $9,451.69; and (4) audit costs of $7,267.50;

2. Awarding Plaintiff Trustees of the Fulton Fish Market Pension Fund $207,865.93, consisting of: (1) withdrawal liability of $163,452; (2) interest thereon of $11,723.53; and (3) liquidated damages of $32,690.40;

3. Awarding Plaintiffs their attorneys' fees of $6,112.50 and costs of $486.66; and

4. Awarding Plaintiffs post-judgment interest on the balance of the judgment from the date of judgment through the date of payment pursuant to 28 U.S.C. § 1961(a).

Dated: November 22, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge